IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | |
|---|---|
| SHERON B. DOSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-cv-00904 |
| ) | Judge Aleta A. Trauger |
| NORDSTROM, INC, N.A., et al., ) | Magistrate Judge John S. Bryant |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to Local Rule 7.01(b), Defendant Nordstrom, Inc., ("Nordstrom")[1] and Blake Nordstrom, individually and in his capacity as C.E.O., Trevor Cobb, individually and in his capacity as Store Manager, Nichole M. Dingman, individually and in her capacity as Human Resources Manager, and Lauren Luettke, individually and in her capacity as Department Manager (the individual Defendants collectively referred to as "Nordstrom Personnel") (Nordstrom Personnel and Nordstrom collectively "Defendants") move for leave to file a reply to Plaintiff's response to their Motion to Dismiss. Counsel for Defendants was unexpectedly out of the office last week due to a death in the family, and accordingly respectfully requests that the Court grant Defendants leave to file their proposed short reply on or before October 20, 2015.

Defendants' reply would aid the Court in resolving their Motion to Dismiss. The Reply would not reiterate arguments that Defendants raised in their prior briefing, but it would address certain factual contentions and legal arguments raised by Plaintiff in opposing the Motion to

---
[1] Plaintiff incorrectly identified Nordstrom in the Complaint as "Nordstrom, Inc., N.A."
4848-1825-3353.1

1

Dismiss. Defendants could not have raised these issues before seeing Plaintiffs' response in opposition.

For the foregoing reasons, Defendants request the Court grant their Motion for Leave to File a Reply in Support of their Motion to Dismiss on or before October 20, 2015.

s/ Brittany R. Stancombe
Robert E. Boston (TN BPR #9744)
Brittany R. Stancombe (BPR #31691)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219-8966
(615) 244-6380 (telephone)
(615) 244-6804 (facsimile)
bob.boston@wallerlaw.com
brittany.stancombe@wallerlaw.com

*Attorneys for Nordstrom*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via U.S. Mail and the court's electronic filing system upon the following:

Sheron B. Doss
Pro Se Plaintiff
P.O. Box 128014
Nashville, TN 37212
Phone: (615) 662-2213
Fax: (615) 646-1151
Sdoss01@msn.com

on this the 13th day of October, 2015.

s/ Brittany R. Stancombe