IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | |
|---|---|
| SHERON B. DOSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:15-cv-00904 |
| | ) Judge Aleta A. Trauger |
| NORDSTROM, INC, N.A., et al., | ) Magistrate Judge John S. Bryant |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## AFFIDAVIT OF ROBERT BOSTON

I, Robert E. Boston, after having been first duly sworn upon oath, declare as follows:

1. I am over the age of 18, make this Affidavit from my personal knowledge, and am filing it in compliance with the Court's Order entered in this matter on March 7, 2016.

2. I have not spoken to Waverly D. Crenshaw, Jr. about any prior personal knowledge, relationship or even contact he may have or not have had with the Plaintiff in this lawsuit, Ms. Doss. There has been no contact or discussion by me with him in the context of any matter arising at the University School of Nashville, or in any other context involving this Plaintiff. I have never spoken with Mr. Crenshaw about Ms. Doss, this current lawsuit, or even Nordstrom, Inc., whether in a general or specific sense, nor about any matter involving either Doss or any issue in this lawsuit. He has provided no legal or other services to Nordstrom in this lawsuit.
4813-5687-4543.1

1

3.   When I read the Motion that Plaintiff Doss recently filed herein in which she complained about the fact that Nordstrom was represented by a firm in which Mr. Crenshaw is a partner, I had no idea, and still do not, about what Plaintiff is or was referencing. This lawsuit has nothing to do with University School of Nashville or Plaintiff's child.

4.   I have been involved in all of the legal matters in which my law firm has provided legal services to Nordstrom, Inc., Mr. Crenshaw has had no involvement in any of those, nor had any contact with the client, ever.

Further Affiant saith not.

_____
Robert E. Boston

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via U.S. Mail and the court's electronic filing system upon the following:

Sheron B. Doss
Pro Se Plaintiff
P.O. Box 128014
Nashville, TN 37212
Phone: (615) 662-2213
Fax: (615) 646-1151
Sdoss01@msn.com

on this the 14 day of March, 2016.

_____

STATE OF TENNESSEE )
)
COUNTY OF DAVIDSON )

On this 14th day of March, 2016, before me a notary public, personally appeared Robert Boston, known to me (or satisfactorily proven) to be the person whose name is subscribed to the above Affidavit, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

*B. Teresa Smith*

[Notary Seal: B. TERESA SMITH, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF DAVIDSON]

MY COMMISSION EXPIRES:
NOVEMBER 5, 2019