## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

SHERON B. DOSS,              )
                                        )

       Plaintiff,           )
                                          )

v.                             )      Civil No. 3:15-cv-00904
                                        )      Judge Trauger

NORDSTROM, INC., N.A., ET AL.,     )
                                        )

       Defendants.      )

## ORDER

The plaintiff's Motion for Review Due to the United States Magistrate Judge's Failure to File Report and Recommendations in a Timely Manner and Conflict of Interest in Representation by Firm Waller, Landens, Dortch & Davis, LLP (Docket No. 43), supplemented by a Memorandum in Support filed March 18, 2016 (Docket No. 49) is DENIED. The lawyers from Waller, Lansden, Dortch & Davis representing the defendants in this case have filed Affidavits (Docket Nos. 47, 48) that satisfy the court as to the absence of a conflict of interest in this case. Moreover, no relief is available to this plaintiff simply because she feels that the magistrate judge has been slow in dealing with motions in this case.

Again, the magistrate judge is requested to turn his attention to the various pending motions in this case, when he is reasonably able to do so.

It is so **ORDERED**.

ENTER this 5th day of April 2016.

_____
ALETA A. TRAUGER
U.S. District Judge