RECEIVED
IN CLERK'S OFFICE

JUN 0 8 2016

U.S. DISTRICT COURT
MID. DIST. TENN.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

SHERON B. DOSS, §
§
Plaintiff. §   NO. 3-:15-CV-00904
§   Twelve Person Jury Demand
v. §   JUDGE ALETA TRAUGER
§   MAGISTRATE JUDGE JOHN S. BRYANT
NORDSTROM, INC, N.A.,et al., §
§
Defendants. §

## LETTER OF SUPPORT AND CONCERN ON BEHALF OF PLAINTIFF, SHERON B. DOSS FROM THE LOCAL CHAPTER OF NAACP

The Nashville Branch of NAACP have been familiar and worked with the Plaintiff, Sheron B. Doss for more than forty years. She, her late husband and her daughter have all served as respected, influential, positive community resources. The Plaintiff possesses a Bachelor's of Science Degree in Social Welfare, Master's Degree in Social Work with Specialization in Administration, Management and Planning and is a Juris Doctor. She has worked with the Public Defender's Office, has worked in private law firms and possesses the highest regards for the law and would have engaged in this litigation without a very belief that a wrong indeed had occurred.

Our review of the facts concludes there are legitimate questions of fairness in the manner in how the defendant's employees in Nashville were supervised. There are questions of training and supervisory skills by possessed by managers regarding the treatment of employees on a fair and equal basis. Further managment overall has

shown disregard for staff complaints of mistreatment and even appears to find it amusing when complaints are documented.

Further nearly a year after the filing of the complaint by the Plaintiff, similar complaints still being lodged by similarly situated employees. Answers are needed.

The Nashville Branch of the NAACP now stands with her and respectfully urges this Honorable Court to thoroughly vet the claims of the Plaintiff through the prism of the law that justice requires.

Respectfully Submitted,

WALTER T. SEARCY
Legal Redress Committee

06/07/16

## CERTIFICATE OF SERVICE

I hereby certify that I have this **7TH** day of June, 2016, have forwarded a true and complete copy of this Letter of Support to the following attorneys:

Mr. Robert E. Boston, Attorney at Law
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street
Suite 2700
Nashville, TN 37219-8966

Ms. Brittany R. Stancombe, Attorney at Law
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street
Suite 2700
Nashville, TN 37219-8966

2

Walter T. Searcy

NAACP NASHVILLE BRA

1308 Jefferson Street

Nashville, TN 37208

7014 1820 0000 1414 8410

ATTN: Office of the Clerk

U.S. District Court for the

Middle District of Tennessee

Suite #800, 801 Broadway

Nashville, TN 37203



U.S. POSTAGE
PAID
NASHVILLE, TN
37222
JUN 07 16
AMOUNT
$3.77
R2304M12774-08

1000

37203



**R E C E I V E D
IN CLERK'S OFFICE**

JUN 0 8 2016

**U.S. DISTRICT COURT
MID. DIST. TENN.**

37203838669 0032