UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHERON B. DOSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-cv-904 |
| ) | Judge Aleta A. Trauger |
| NORDSTROM, INC., N.A.; BLAKE ) | Magistrate Judge John S. Bryant |
| NORDSTROM, individually and in his ) | |
| Capacity as C.E.O.; TREVOR COBB, ) | |
| individually and in his capacity as Store ) | |
| Manager; NICHOLE M. DINGMAN, ) | |
| individually and in her capacity as ) | |
| Human Resources Manager; and ) | |
| LAUREN LUETTKE, individually and ) | |
| in her capacity as Department Manager, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For the reasons discussed in the accompanying Memorandum, the Report and Recommendation issued by the Magistrate Judge (Docket No. 58) is hereby **ACCEPTED**, as supplemented in the Memorandum. The Motion to Dismiss, Or In The Alternative, To Stay The Proceedings and Compel Arbitration (Docket No. 18) is **GRANTED,** the parties are **ORDERED** to arbitrate their dispute in accordance with their agreement, and this action is **DISMISSED WITH PREJUDICE**. All other pending motions are, therefore, **TERMINATED AS MOOT**.

Entry of this Order shall constitute judgment in this case.

It is so **ORDERED**.

Enter this 22nd day of September 2016.

ALETA A. TRAUGER
United States District Judge